Query     Reports     Utilities     Help     Log Out

BNDWM

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CRIMINAL DOCKET FOR CASE #: 9:26-mj-08281-WM All Defendants

Case title: USA v. Bello                                        Date Filed: 04/14/2026

Assigned to: Ch. Magistrate Judge William Matthewman

**Defendant (1)**

| | |
|---|---|
| **Jose Bello**<br>*English* | represented by **Noticing FPD-WPB**<br>(561) 833-6288<br>Email: wpb_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal of Indictment; 18:1343, to District of Massachusetts | |

**Plaintiff**

| | |
|---|---|
| **USA** | represented by **Daniel E. Funk**<br>U.S. Attorney's Office<br>101 S. U.S. Highway 1<br>Fort Pierce, FL 34950<br>305-905-7509<br>Fax: 772-466-1020 |

Email: daniel.funk@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2026 | 1 | Magistrate Judge Removal to District of Massachusetts Case number in the other District 26CR10100 as to Jose Bello (1). (swr) (swr). (Main Document 1 replaced on 4/14/2026) (swr). (Main Document 1 replaced on 4/14/2026) (swr). (Entered: 04/14/2026) |
| 04/14/2026 | 2 | MOTION for Initial Appearance Hearing by USA as to Jose Bello. (swr) (Entered: 04/14/2026) |
| 04/14/2026 | 3 | PAPERLESS ORDER granting 2 Motion for Initial Appearance Hearing as to Jose Bello (1). Initial Appearance - Rule 5(c)(3)/40 set for 4/14/2026 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge. Signed by Ch. Magistrate Judge William Matthewman on 4/14/2026. (swr) (Entered: 04/14/2026) |
| 04/14/2026 | 4 | **ORE TENUS** MOTION to Appoint Counsel, **ORE TENUS** MOTION for Bond as to Jose Bello. (swr) (Entered: 04/14/2026) |
| 04/14/2026 | 5 | PAPERLESS ORDER granting 4 **ORE TENUS** Motion to Appoint Counsel. Appointing Noticing FPD-WPB for Jose Bello o (1); granting 4 **ORE TENUS** Motion for Bond. as to Jose Bello (1). Signed by Ch. Magistrate Judge William Matthewman on 4/14/2026. (swr) (Entered: 04/14/2026) |
| 04/14/2026 | 6 | PAPERLESS Minute Order for proceedings held before Ch. Magistrate Judge William Matthewman: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Jose Bello held on 4/14/2026. Defendant present and sworn. The Court advised the Defendant of the charges, possible maximum penalties and his rights. The Court questioned the defendant, found defendant indigent, and appointed the Federal Public Defender. Bond Hearing as to Jose Bello held on 4/14/2026. The Defense and Government have a joint recommendation for bond. Defense and Government outline requested bond conditions. The Court questioned the Defendant Bond recommendation/set: Jose Bello (1) $250,000 PSB with 1 co-signer. Co-signer has until April 16, 2026 to sign the bond. Hearing set. The Defendant waived Identity Hearing. The Court finds the Defendant is knowingly and voluntarily waiving the removal/identity hearings. Form executed. The Court advised the Parties regarding Brady and the Due Process Protections Act and the order was entered. Date of Arrest or Surrender: 4/14/2026. (Status Conference re: co-signer signature set for 4/16/2026 at 10:00 AM in West Palm Beach Division before WPB Duty Magistrate Judge.), <br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by ***Brady v. Maryland***, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. <br><br>Signed by Ch. Magistrate Judge William Matthewman on 4/14/2026. |

| | | Total time in court: 25 minutes. AFPD Scott Berry; AUSA Marton Gyires. (Digital 10:17:41) Signed by Ch. Magistrate Judge William Matthewman on 4/14/2026. (swr) (Entered: 04/14/2026) |
| 04/14/2026 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing as to Jose Bello (swr) (Entered: 04/14/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/14/2026 12:08:36 | | | |
| **PACER Login:** | dholcomb7637 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:26-mj-08281-WM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |